# EXHIBIT A

From: Department_of VA_Records trgstvcid@dazerosa.org

To: Jasmine Castrillo castrillojasmine@yahoo.com

Subject: Unclaimed Adjustment: Check your entitlement status

Date: Monday, May 11, 2026, 8:47 AM



**United States Benefit Coordination**

# 2026 Benefit Entitlement Notice

Dear **castrillojasmine**,

This is a formal notification regarding the recent audit of your veteran service records. Our system has flagged your profile for a **mandatory benefit adjustment** due to the new 2026 federal cost-of-living and healthcare directives.

**Reference ID:** **USV-184-2026**

**Priority Status:** **HIGH PRIORITY**

**Updated Entitlement:** **Pending Verification**

To ensure your records are updated and your 2026 adjustments are processed without delay, you must access your secure portal using the link below.

**REVIEW MY BENEFITS NOW**

*Failure to complete this verification by the end of the current billing cycle may cause a temporary suspension of manual adjustments.*

© 2026 Veterans Benefit Administration. All Rights Reserved.
Department of Coordination - Washington, D.C.